**GENERAL DYNAMICS CORPORATION, Petitioners-Cross Respondent,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent-Cross Petitioner.**

**No. 71-1021.**

United States Court of Appeals,
Fifth Circuit.

Sept. 15, 1971.

Ben F. Foster, Jr., San Antonio, Tex., Guy Farmer, Washington, D. C., for petitioner, General Dynamics Corpora-

---

1. *See* N.L.R.B. v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

2. *See* Brooks v. United States, 424 F.2d 425 (5th Cir. 1970) and Harrington v. United States, 444 F.2d 1190 (5th Cir. 1971) [1971].

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of N. Y. et al., 431 F.2d 409, Part I (5th Cir. 1970).

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

tion; Oppenheimer, Rosenberg & Kelleher, San Antonio, Tex., of counsel.

Marcel Mallet-Prevost, Asst. Gen. Counsel, Jack H. Weiner, Atty., N.L.R.B., Washington, D. C., Clifford Potter, Reg. Director, Region 23, N.L.R.B., Houston, Tex., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Warren M. Davison, Deputy Asst. Gen. Counsel, Atty., N.L.R.B., for respondent.

Melvin Warshaw, Washington, D. C., Irving Abramson, Ruth Weyand, Washington, D. C., for Int. Union of Electrical Radio & Machine Workers.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Enforced. See Local Rule 21.[1]